*Bernard P. Ryan* and *Adolph E. Gutgsell* for appellant.
*Alfred W. Varian* and *Louis X. Alter* for respondents.

Order affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, POUND, McLAUGHLIN, CRANE and ANDREWS, JJ.

---

MATTHEW J. JOYCE, Appellant, *v.* LAWRENCE B. BROCKETT et al., Respondents.

*Negligence — motor vehicles — guest in automobile injured in accident — negligence of driver and contributory negligence of guest.*

*Joyce* v. *Brockett*, 205 App. Div. 770, affirmed.

(Argued December 4, 1923; decided December 27, 1923.)

APPEAL from a judgment, entered July 11, 1923, upon an order of the Appellate Division of the Supreme Court in the third judicial department, reversing a judgment in favor of plaintiff entered upon a verdict and directing a dismissal of the complaint in an action to recover for personal injuries alleged to have been sustained by plaintiff through the negligence of defendants. Plaintiff, while riding as a guest in defendants' automobile, was injured in an accident alleged to have been occasioned by the negligent driving of the automobile. The Appellate Division held that defendant was not negligent and that if he was, plaintiff was guilty of contributory negligence in failing to protest at the excessive speed at which he testified the car was being driven.

*Andrew J. Nellis* and *Thomas S. Fagan* for appellant.

*P. C. Dugan, Barnett Cohen* and *Frank J. O'Neill* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, POUND, McLAUGHLIN, CRANE and ANDREWS, JJ.

36